UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEE BARTHELEMY, ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-1083 |
| LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS | SECTION "N" |

### O R D E R

Local Rule 7.5E of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed <u>and</u> that a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to Plaintiffs' Motion for Attorneys' Fees and Expenses for Monitoring and Enforcing Settlement (Rec. Doc. 103)**,** which was set for hearing on September 26, 2007, was filed. Further, it appears to the Court that this motion has merit. Accordingly,

**IT IS ORDERED** that **Plaintiffs' Motion for Attorneys' Fees and Expenses for Monitoring and Enforcing Settlement (Rec. Doc. 103)** should be and is hereby **GRANTED**.

A motion for reconsideration of this Order, if any, must be filed within ten days of the date this Order is entered by the Clerk of Court. The motion must be accompanied by opposition memorandum to the original motion. Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for

reconsideration.  *See* FED. R. CIV. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 26th day of September, 2007.

 _____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE